**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>v.<br><br>**1,622,635.575337 Tether (USDT) from wallet address "TNEmxWmmFfpFhNgSt6T4NAuTZJ8J2y8gtm",**<br><br>**Defendant *In Rem*** | **Case No. 26-CV-3046** |

## VERIFIED COMPLAINT FOR FORFEITURE *IN REM*

Plaintiff, the United States of America, by its attorneys, Kelly O. Hayes, United States Attorney for the District of Maryland, and Steven T. Brantley, Assistant United States Attorney, brings this verified complaint for forfeiture *in rem* and alleges as follows in accordance with Supplemental Rule G(2) of the Federal Rules of Civil Procedure:

## NATURE OF THE ACTION

1. This is a civil forfeiture action *in rem* against 1,622,635.575337 Tether (USDT) from wallet address "TNEmxWmmFfpFhNgSt6T4NAuTZJ8J2y8gtm", that constitutes or is derived from proceeds traceable to violations of 18 U.S.C. § 1343 (wire fraud) and is involved in violations of 18 U.S.C. § 1956(a)(1)(B)(i) (Money Laundering), and therefore should be forfeited to the United States pursuant to 18 U.S.C. § 981(a)(1)(A) and (C).

## THE DEFENDANT *IN REM*

2. The Defendant Property consists of the equivalent amount of 1,622,635.575337 Tether (USDT) from address "TNEmxWmmFfpFhNgSt6T4NAuTZJ8J2y8gtm", herein referred

to as the "Defendant Property" (Asset ID No. 26-FBI-000945) seized on or about December 11, 2025.

3.      The Defendant Property is currently in the custody of the Federal Bureau of Investigation in a government cryptocurrency wallet.

4.      The United States brings this action *in rem* in its own right to forfeit all right, title, and interest in the Defendant Property.

5.      The forfeiture is based upon, but not limited to, the evidence outlined in the attached Declaration of FBI Special Agent James Maskell, which is incorporated herein by reference.

## JURISDICTION AND VENUE

6.      This Court has jurisdiction over an action commenced by the United States under 28 U.S.C. § 1345, over an action for forfeiture under 28 U.S.C. § 1355(a), and over this particular action under 18 U.S.C. § 981(a)(1)(A) and (C).

7.      This Court has *in rem* jurisdiction over the Defendant Property under 28 U.S.C. § 1355(b).  Upon the filing of this complaint, the Plaintiff requests that the Court issue an arrest warrant *in rem* pursuant to Supplemental Rule G(3)(b), which the Plaintiff will execute upon the Defendant Property pursuant to 28 U.S.C. § 1355(d) and Supplemental Rule G(3)(c).

8.      Venue is proper in this district pursuant to 28 U.S.C. § 1355(b)(1)(A), because acts and omissions giving rise to the forfeiture took place in the District of Maryland.

## LEGAL BASIS FOR FORFEITURE

9.      The Defendant Property is subject to civil forfeiture pursuant to 18 U.S.C. § 981(a)(1)(A) and (C) because it constitutes or is derived from proceeds traceable to violations of

18 U.S.C. § 1343 (wire fraud) and is involved in violations of 18 U.S.C. § 1956(a)(1)(B)(i) (Money Laundering).

**WHEREFORE**, the Plaintiff, the United States of America, prays that all persons who reasonably appear to be potential claimants with interests in the Defendant Property be cited to appear herein and answer the Complaint; that the Defendant Property be forfeited and condemned to the United States of America; that upon Final Decree of Forfeiture, the United States dispose of the Defendant Property according to law; and that the plaintiff receive such other and further relief as this Court deems proper and just.

Respectfully submitted,

Kelly O. Hayes
United States Attorney

        /s/
Steven Brantley
Assistant United States Attorney
District of Maryland
6500 Cherrywood Lane, Suite 200
Greenbelt, Maryland 20770
(301) 344-0113

## <u>VERIFICATION</u>

I, James Maskell, a Special Agent with the Federal Bureau of Investigation, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing Verified Complaint for Forfeiture *In Rem* is based on reports and information known to me and/or furnished to me by other law enforcement agents and that everything represented herein is true and correct.

Date: 7/23/2026

James Maskell
Special Agent
Federal Bureau of Investigation

4

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing Complaint was filed via CM/ECF and served electronically on all parties by that system.  I also caused a copy to be sent to the following potential claimant via email:

Tether Operations Limited
inforequests@tether.to

Andriy Koralenko
blockchaincheck2025@gmail.com

Oleg Kucheruk
kucheruko178@gmail.com


/s/_____
Steven Brantley
Assistant United States Attorney

4